UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

MAXXON, LLC,

Plaintiff,

vs.

Ben T. Allen,

Defendant.

Civil Case No. 00-CV-906 (MJD/JGL)

**STIPULATION TO REMAND TO STATE COURT AND ORDER**

IT IS HEREBY STIPULATED by and among the parties hereto, through their respective counsel of record, that this matter be remanded to the Hennepin County District Court for the State of Minnesota, Civil File No. CT 00-005025.

Respectfully submitted this 26 day of April , 2000.

FRUTH & ANTHONY, P.A.

By: ______________________________

Joseph W. Anthony, #2872
Mark D. Wisser, #217736
3750 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
(612) 349-6969

ATTORNEYS FOR PLAINTIFF MAXXON, LLC

FELHABER, LARSON, FENLON & VOGT, P.A.

By: ______________________________

David L. Hashmall, #138162
601 Second Avenue South, #4200
Minneapolis, Minnesota 55402-4302
(612) 339-6321

ATTORNEYS FOR DEFENDANT BEN T. ALLEN

APR 28 2000
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

IT IS SO ORDERED.

The Honorable Michael J. Davis
Judge, United States District Court

00-CV-906